UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

In the Matter of United States Magistrate-Judges
Hon. Marianne B. Bowler of the District of Massachusetts            Misc. No. 06-146 (JAF)
Hon. Robert B. Collings of the District of Massachusetts
Hon. Margaret J. Kravchuk of the District of Maine

### ORDER

During the past months, two of the Magistrate-Judges in the District of Puerto Rico were designated or appointed to the District Bench. Health considerations have prompted the absence, until late August 2006, of a third Magistrate-Judge.

These circumstances, coupled with the increased filing of criminal cases in the Court has caused an emergency. For these reasons, with the assistance of the Circuit Executive, pursuant to the provisions of 28 U.S.C. § 636 (f), and upon the concurrence of the Honorable George Z. Singal, Chief Judge of the United States District Court for the District of Maine, and Honorable Mark L. Wolf, Chief Judge of the United States District Court for the District of Massachusetts, and this Court, United States Magistrate-Judges Hon. Marianne B. Bowler and Hon. Robert B. Collings of the District of Massachusetts and Hon. Margaret J. Kravchuk of the District of Maine are hereby temporarily assigned to perform all duties of a United States Magistrate-Judge as described in 28 U.S.C. §§ 636 (a) and (b).

While the duties will primarily encompass presiding over pre-trial criminal matters (initial appearances, bail/detention hearings, arraignments, changes of plea) and duty weeks, the Magistrate-Judges will have all the powers and duties conferred by statute.

The term of said appointment in this Court will expire on August 25, 2006, or on a date prior to that time if the emergency situation has been sufficiently alleviated.

The Magistrate-Judges will be performing their duties during the following periods of time:

| | |
|---|---|
| July 17-21, 2006 | Hon. Robert B. Collings |
| July 24-28, 2006 | Hon. Marianne B. Bowler |
| August 14-25, 2006 | Hon. Margaret J. Cravchuk |

This temporary appointment is effective July 16, 2006.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11th day of July, 2006.

                                        S/José Antonio Fusté
                                        José Antonio Fusté
                                            Chief Judge
                                    United States District Court for
                                      the District of Puerto Rico

c/  Hon. Michael Boudin, Chief Circuit Judge, First Circuit Court of Appeals
    Hon. George Z. Singal, Chief Judge, District of Maine
    Hon. Mark L. Wolf, Chief Judge, District of Massachusetts
    Mr. Gary Wente, Circuit Executive